UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| VANESSA TADEMY,<br><br>Plaintiff,<br><br>vs.<br><br>FORD MOTOR COMPANY,<br><br>Defendant. | 2:18-CV-13835-TGB<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME |

Plaintiff Vanessa Tademy's request for extension of time to file a response to the Report and Recommendation (ECF No. 30) is GRANTED. The response shall be filed on or before April 30, 2021.

DATED this 30th day of March, 2021.

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge