UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **VANESSA TADEMY**<br><br>Plaintiff,<br><br>vs.<br><br>**FORD MOTOR COMPANY**<br><br>Defendant. | **2:18-CV-13835-TGB-DRG** |

# JUDGMENT

In accordance with the Opinion and Order issued on this date, striking Plaintiff's objections and **ACCEPTING AND ADOPTING** Magistrate Judge R. Steven Whalen's Report and Recommendation (ECF No. 30), it is **ORDERED AND ADJUDGED** that Defendant's motion for summary judgment (ECF No. 18) is **GRANTED**. The case is **DISMISSED WITH PREJUDICE**.

Dated at Detroit, Michigan: September 29, 2021

DAVID J. WEAVER
CLERK OF THE COURT

s/A. Chubb
Case Manager and Deputy Clerk

APPROVED:
s/Terrence G. Berg
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE